UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 19-107 (RMB) |
| v. | : | |
| KANG JUNTAO | : | |

## MOTION FOR ORDER IN ADVANCE OF SENTENCING

The Government, by Todd Kim, Assistant Attorney General of the Environment and Natural Resources Division, and Kang Juntao, by Linda Foster, Esq., jointly submit this motion for an order allowing the Clerk of the Court to accept payment by credit card prior to sentencing. In support of this Motion, undersigned counsel represents the following:

A sentencing hearing is scheduled in this matter on October 6, 2021. In the Plea Agreement filed with this Court on May 17, 2021, (Doc. 22), the Defendant agreed to pay a fine of $10,000. The Defendant agreed to make such funds available in the United States prior to sentencing. The Government is informed that the Defendant seeks to comply with the Plea Agreement by making a credit card payment to the Clerk of the Court. The parties are informed by the Clerk's Office that it cannot accept the funds into the court registry without an order from this Court permitting payment by credit card prior to sentencing.

WHEREFORE, the Government and Defendant request that the Court issue the attached proposed Order, and that the Court grant such other and further relief as deemed appropriate.

Respectfully Submitted,

                                                  Todd Kim
                                                  Assistant Attorney General
                                                  Environment and Natural Resources Division
                                                  United States Department of Justice

                                                  _____/S/_____
                                                  BY:
                                                  RYAN CONNORS
                                                  LAUREN STEELE
                                                  Trial Attorneys
                                                  Environmental Crimes Section

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 19-107 (RMB) |
| v. | : | |
| KANG JUNTAO | : | |

## **ORDER**

The foregoing Motion is GRANTED. Having reviewed the joint Motion and good cause having been shown, it is hereby ORDERED that:

1. Prior to sentencing, the Clerk of the Court may accept payment from the Defendant of $10,000 by credit card.

2. The funds may be held in the court registry.

SO ORDERED.

_____          _____
THE HON. RENEE MARIE BUMB                Date
UNITED STATES DISTRICT JUDGE