# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KANG JUNTAO,<br><br>Defendant. | Criminal No. 19-107 (RMB)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Kang Juntao.

Date: September 22, 2021

Todd Kim
Assistant Attorney General

By:   /s/ Ryan C. Connors
Trial Attorney
Environmental Crimes Section