UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KANG JUNTAO | :    CRIM. NO. 19-107 (RMB)<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

The foregoing Motion is GRANTED. Having reviewed the joint Motion and good cause having been shown, it is hereby ORDERED that:

1. Prior to sentencing, the Clerk of the Court may accept payment from the Defendant of $10,000 by credit card.

2. The funds may be held in the court registry.

SO ORDERED.

_____
THE HON. RENEE MARIE BUMB
UNITED STATES DISTRICT JUDGE

September 29, 2021
Date