# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE RENÉE MARIE BUMB**

**COURT REPORTER: KAREN FRIEDLANDER**
**OTHER:** Miguel Rivera, Probation Officer

**TITLE OF CASE**:
UNITED STATES OF AMERICA
    vs.
KANG JUNTAO
    **DEFENDANT PRESENT**

**DATE OF PROCEEDINGS**

October 6, 2021

**Docket #** CR. 19-00107-001(RMB)

**APPEARANCE:**
Lauren Steele, AUSA and Ryan Connors, AUSA for Government
Linda D. Foster, AFPD for defendant

**NATURE OF PROCEEDINGS: SENTENCING ON A ONE-COUNT INDICTMENT**

Sentencing held via video.
Ordered interpreter sworn; Mandarin interpreter Nancy Wu sworn.

Sentence:
Imprisonment: 38 months.
Supervised Release: 1 year with conditions.
Fine in the amount of $10,000.00.
Special Assessment: $100.00.
Defendant advised of right to appeal.
Ordered defendant remanded to the custody of the U. S. Marshal.
Order to be entered.

Time commenced: 10:00 a.m.    Time Adjourned: 11:20 a.m.

    Total 1 Hour and 20 Minutes

    s/ Arthur Roney
    DEPUTY CLERK